**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 300 WAL 2022

             Respondent              :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

             v.                       :

                                        :

DONALD BRADON SMITH,            :

             Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.